To: 8132810900    From: State Farm    Fax: ISC East FOIP    KOFAX9 at: 17-03-15-15:36  Doc: 748  Page: 006

IN THE CIRCUIT COURT OF THE
FIFTH JUDICIAL CIRCUIT IN AND FOR
LAKE COUNTY, FLORIDA

CASE NO:
DIVISION:

OLGA TODOROVIC, Individually, and as
Personal Representative of the Estate of
BORIS TODOROVIC, deceased

    Plaintiffs,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign for
profit insurance company,

    Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

The Plaintiffs, OLGA TODOROVIC, Individually, and as Personal Representative of the Estate of BORIS TODOROVIC, deceased, file this Complaint against the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and alleges as follows:

### GENERAL ALLEGATIONS

1. This is an action for damages in excess of $15,000.00.

2. That at all times material hereto, Plaintiff, OLGA TODOROVIC, was a resident of Lake County, Florida.

3. That at all times material hereto, Plaintiff, DR. BORIS TODOROVIC, deceased, was a resident of Lake County, Florida.

To: 8132810900        From: State Farm        Fax: ISC East FOIP        Powered by KOFAX at: 17-03-15-15:36   Doc: 748   Page: 007

4. On or about February 13, 2014, Mrs. Todorovic was duly appointed as Personal Representative of the Estate of her husband, Dr. Toodorivc, deceased.

5. That the Defendant, State Farm Insurance, is a foreign corporation authorized to do business in the State of Florida and is in the business of selling automobile liability insurance and has an office in Lake County, Florida. The Defendant can be served through the Chief Financial Officer at 200 East Gaines Street, Tallahassee, Florida, 32399.

6. That the collision giving rise to this action occurred on or about December 30, 2013, on U.S. Highway 441, Lake County, Florida.

7. That on the date of the collision, Dr. Todorovic, deceased, operated a 2007 Hummer H3.

8. That on the date of the collision, the uninsured/underinsured driver operated a 2013 Kenworth semi-tractor trailer in which the uninsured/underinsured driver negligently operated and/or maintained the vehicle so as to cause a collision with Dr. Todorovic, deceased, causing mortal and/or catastrophic injuries.

## COUNT I – UNINSURED MOTORIST LIABILITY OF STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

Plaintiffs repeat and reallege paragraphs one through eight as if fully set forth herein and further alleges that Plaintiffs are entitled to relief against State Farm Insurance based upon the following facts:

9. On or about October 15, 2013, Nataliya and Oleksandr Onushko had in full force and effect an automobile insurance policy with the Defendant, Policy Numbers: 992 8520-B27-59C and C57 2997-D15-89B. Multiple requests have been made for a copy of the policy by Plaintiff to Defendant in concert with compliance of Florida Statute

MAR-15-2017   15:53                                        90%                    P.007

To: 8132810900    From: State Farm    Fax: ISC East FOIP    Powered by KOFAX at: 17-03-15-15:36  Doc:748  Page:008

627.4137 but Defendant has failed to comply. A copy of the Declarations Page is attached hereto as Exhibit A.

10. On or about the date of the collision, the above policy issued by State Farm provided for uninsured/underinsured motorist bodily injury coverage with coverage limits of $250,000.00 per individual, $500,000.00 per accident stacked with two vehicles insured on the policy.

11. On or about the date of the collision, Dr. Todorovic, deceased, was a resident relative under the policy.

12. The negligent driver and vehicle owner did not maintain sufficient bodily injury coverage to compensate the Plaintiffs for damages sustained as a result of the collision and consequently is an "underinsured motorist" within the terms of the State Farm Insurance policy.

13. Plaintiff has complied with all of the terms and conditions of the State Farm Insurance policy, and further, performed all conditions precedent to the brining of this action but Defendant has refused and failed to pay the benefits which the Plaintiffs are entitled.

14. The aforesaid collision and ensuing injuries and damages complained of by Plaintiff were the direct and proximate result of the careless and negligent operation and/or maintenance of the said underinsured motor vehicle, all within the meaning of the aforesaid insurance policy.

15. Decedent, Dr. Todorovic, was born on November 5, 1972, and died at forty-one years (41) of age on the date of the collision in Lake County, Florida.

MAR-15-2017 15:52                                                                 90%                    P.008

To: 8132810900    From: State Farm    Fax: ISC East FDIP    Powered by KOFAX at: 17-03-15-15:36  Doc:748  Page:009

16. As a result of the collision the Plaintiff, Dr. Todorovic, deceased, was catastrophically and mortally injured; suffered pain therefrom; and medical and funeral expenses, loss of earnings, loss of ability to earn future wages.

17. The injuries so inflicted on the decedent, Dr. Todorovic, resulted in his death on December 30, 2013.

18. Dr. Todorovic is survived by his wife, Mrs. Todorovic who is over the age of eighteen (18).

19. As a result of the death of Dr. Todorovic, Mrs. Todorovic suffered the loss of his support and services, loss of companionship and protection, instruction and guidance, mental anguish and pain and suffering, loss of capacity for the enjoyment of life, and medical and funeral expenses.

20. As a result of the death of Dr. Todorovic, his Estate has incurred medical and funeral expenses.

WHEREFORE, Plaintiffs, OLGA TODOROVIC, Individually, and as Personal Representative of the Estate of BORIS TODOROVIC, deceased, respectfully requests this Court enter a judgement for damages in their favor against the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, together with interest, costs, attorneys' fees, and for such other relief this Court deems just and proper.

### COUNT II – CONSORTIUM CLAIM OF OLGA TODOROVIC AGAINST STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY

Plaintiffs repeat and reallege paragraphs one through eight as if fully set forth herein and further alleges that Plaintiffs are entitled to relief against State Farm Insurance based upon the following facts:

MAR-15-2017  15:53                                    90%                    P.009

To:8132810900          From:State Farm          Fax: ISC East FOIP          Powered by KOFAX at:17-03-15-15:36  Doc:748  Page:010

21.  At all times material hereto, Plaintiff, OLGA TODOROVIC, was and is the lawful wife of Dr. Todorovic, deceased.

22.  As a direct and proximate result of the negligence of the underinsured driver, Mrs. Todorovic has suffered and will continue to suffer the loss of her husband's consortium, care, comfort, society, protection, love, companionship, affection, solace, moral support, financial support, and physical assistance in the operation and maintenance of the home.

**WHEREFORE**, Plaintiff, OLGA TODOROVIC, respectfully requests this Court enter a judgement for damages in her favor against the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, together with interest, costs, attorneys' fees, and for such other relief this Court deems just and proper.

**WHEREFORE**, Plaintiffs, OLGA TODOROVIC, Individually, and as Personal Representative of the Estate of BORIS TODOROVIC, deceased, respectfully request this Court enter a judgement for damages in their favor against the Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, together with interest, costs, attorneys' fees, demand trial by jury on all issues so triable, and for such other relief this Court deems just and proper.

MAR-15-2017  15:53                                                                90%                           P.010

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished to the Defendant via process server along with Summons, Designation of E-mails, Interrogatories, and Request for Production.

Dated this 16 day of February, 2017.

Law Offices of Bohdan Neswiacheny

Dominic D. DeLuca, Esquire
Florida Bar No.: 110950
151 College Drive, Suite 1
Orange Park, FL 32065
Tel.: (904) 276-6171
Fax: (904) 276-1751
Service: service-orangepark@bnlaw.com
Attorney: ddeluca@bnlaw.com
Attorney for Plaintiffs

To: 8132810900  From: State Farm   Fax: ISC East FOIP   KOFAX9 at: 17-03-15-15:36 Doc: 748 Page: 012

7401 Cypress Gardens Boulevard
Winter Haven FL 33888

**DECLARATIONS PAGE**

PAGE 1 OF 2

NAMED INSURED
AT1                          59-8552-2 M     A

OKUSHKO, NATALIYA
2020 ISOLA BELLA BLVD
MOUNT DORA FL 32757-6515

POLICY NUMBER  992 8520-B27-59C
POLICY PERIOD OCT 15 2013 to AUG 27 2014
12:01 A.M. Standard Time

STATE FARM PAYMENT PLAN NUMBER
1098274619

AGENT

SHREN YEAGER
49 E 3RD ST STE A
APOPKA, FL 32703-4245

PHONE: (407)880-3167

**DO NOT PAY PREMIUMS SHOWN ON THIS PAGE.
IF AN AMOUNT IS DUE, THEN A SEPARATE STATEMENT IS ENCLOSED.**

### YOUR CAR

| YEAR | MAKE  | MODEL   | BODY STYLE | VEHICLE ID NUMBER  | CLASS        |
|------|-------|---------|------------|--------------------|--------------|
| 2006 | DODGE | STRATUS | 4DR        | 1B3EL46X66N278309  | 10306030002  |

| SYMBOL | COVERAGE | LIMITS | PREMIUM |
|---|---|---|---|
|   | Bodily Injury Limits | | |
|   | $250,000  $500,000 | | |
|   | Each Accident | | |
| P10 | No-Fault Coverage | | $144.93 |
|   | Emergency Medical Condition Limit - | | |
|   | $5,000 | | |
|   | Each Person | | |
| D | Comprehensive Coverage - $250 Deductible | | $56.43 |
| H | Emergency Road Service Coverage | | $2.77 |
|   | Limit - Car Rental Expense | | |
|   | 80%   $1,000 | | |
|   | Bodily Injury Limits | | |
|   | $250,000  $500,000 | | |

Total premium for OCT 15 2013 to AUG 27 2014                $940.57  This is not a bill

### IMPORTANT MESSAGES

Your policy will be assessed 1.3% due to the Florida Hurricane Catastrophe Fund Assessment.

IMPORTANT NOTICE - Under No-Fault Coverage, the only medical expenses we will pay are reasonable medical expenses that are payable under the Florida Motor Vehicle No-Fault Law. The most we will pay for such reasonable medical expenses is 80% of the "schedule of maximum charges" found in the Florida Motor Vehicle No-Fault Law and in the Limits section of the Florida Car Policy's No-Fault Coverage.

Replaced policy number 9928520-59B.

Your total renewal premium for FEB 27 2014 to AUG 27 2014 is $542.74.

* The total premium listed above reflects a recent change to your policy and the 6 month renewal premium.

For questions, problems or to obtain information about coverage call: (407)880-3167.

EXHIBIT A

CONTINUED
See Reverse Side

04217/02723

To: 8132810900   From: State Farm   Fax: ISC East FOIP   KOFAX at: 17-03-15-15:36   Doc: 748   Page: 013

**DECLARATIONS PAGE**

PAGE 2 OF 2

NAMED INSURED

59-6552-2 M   A

ONUSHKO, NATALIYA
2020 ISOLA BELLA BLVD
MOUNT DORA FL  32757-6515

POLICY NUMBER  992 8520-B27-59C
POLICY PERIOD OCT 15 2013 to AUG 27 2014
12:01 A.M. Standard Time

STATE FARM PAYMENT PLAN NUMBER
1098274619

YOUR POLICY CONSISTS OF THIS DECLARATIONS PAGE, THE POLICY BOOKLET -
FORM 9810A, AND ANY ENDORSEMENTS THAT APPLY, INCLUDING THOSE ISSUED TO YOU
WITH ANY SUBSEQUENT RENEWAL NOTICE.
CREDITOR- SANTANDER CONSUMER USA, PO BOX 183, MINNEAPOLIS MN 55480-0183.

Agent:   SHREN YEAGER
Telephone: (407)880-3167
Prepared  FEB 20 2014   6552-ACC

04218/02723

MAR-15-2017  16:55                                                90%                      P.013

To: 8132810900   From: State Farm   Fax: ISC East FOIP   KOFAX9 at: 17-03-15-15:36   Doc: 748   Page: 014

This policy is issued by State Farm Mutual Automobile Insurance Company.

## MUTUAL CONDITIONS

1. **Membership.** While this policy is in force, the first insured shown on the Declarations Page is entitled to vote at all meetings of members and to receive dividends the Board of Directors in its discretion may declare in accordance with reasonable classifications and groupings of policyholders established by such Board.

2. **No Contingent Liability.** This policy is non-assessable.

3. **Annual Meeting.** The annual meeting of the members of the company shall be held at its home office at Bloomington, Illinois, on the second Monday of June at the hour of 10:00 A.M., unless the Board of Directors shall elect to change the time and place of such meeting, in which case, but not otherwise, due notice shall be mailed each member at the address disclosed in this policy at least 10 days prior thereto.

In Witness Whereof, the State Farm Mutual Automobile Insurance Company has caused this policy to be signed by its President and Secretary at Bloomington, Illinois.

*Lynne M. Yowell*
Secretary

*Edward B. Rust Jr.*
President