UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

OLGA TODOROVIC, as Personal
Representative of the Estate of
BORIS TODOROVIC, deceased,

CASE NO.: 5:17-CV-136-OC-32PRL

    Plaintiffs,

vs.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, a foreign for
profit insurance company,

    Defendant.
_____/

## NOTICE OF SERVING PROPOSAL FOR SETTLEMENT

Plaintiff, OLGA TODOROVIC, as Personal Representative of the Estate of BORIS TODOROVIC, deceased, hereby gives notice of serving on Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a Proposal for Settlement pursuant to §768.79, Florida Statutes and Section 1.442, Florida Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing has been furnished to Scott E. Damon, Esquire, sdamon@butler.legal, eservice@butler.legal, by e-mail on this 2nd day of January, 2018.

Law Offices of Bohdan Neswiacheny

_____
Dominic D. DeLuca, Esquire
Florida Bar No.: 110950
151 College Drive, Suite 1

Orange Park, FL 32065
Tel.: (904) 276-6171
Fax: (904) 276-1751
Service: service-orangepark@bnlaw.com
Attorney: ddeluca@bnlaw.com
Attorney for Plaintiffs