# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

OLGA TODOROVIC, individually
and as personal representative of
the Estate of Boris Todorovic,
deceased,

    Plaintiff,

v.                                       Case No. 5:17-cv-136-Oc-32PRL

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY, a foreign for profit
insurance company,

    Defendant.

## **O R D E R**

This case is before the Court on State Farm's Motion for Court Approval of Settlement of Wrongful Death/Underinsured Motorist Claim Involving Minor Survivors, (Doc. 38), and the Joint Motion for Approval of Settlement, (Doc. 50). On June 13, 2018, the Court ordered the parties to petition the Florida Fifth Judicial Circuit to appoint a guardian ad litem for the minor children who may be affected by this settlement, in accordance with Florida's Wrongful Death Act. (Doc. 46). The appointed guardian ad litem reviewed the settlement and believes that it is in the best interest of the minor children. (Doc. 50-1).

Accordingly, it is hereby

**ORDERED:**

1. State Farm's Motion for Court Approval of Settlement of Wrongful Death/Underinsured Motorist Claim Involving Minor Survivors, (Doc. 38), as supplemented by Joint Motion for Approval of Settlement, (Doc. 50). is **GRANTED**.

2. The parties settlement agreement, (Doc. 44-1), is **APPROVED**.

3. Olga Todorovic, as personal representative of the estate of Boris Todorovic, shall receive the settlement amount and disburse the funds to the estate.[1]

4. The Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 17th day of December, 2018.

TIMOTHY J. CORRIGAN
United States District Judge

jb
Copies to:

Counsel of record

---

[1] The Court declines to rule on other issues of allocating liens and attorneys' fees, believing the probate court to be the proper forum to decide those issues.

2